FILED & ENTERED

AUG 03 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY milano    DEPUTY CLERK

Lee R. Bogdanoff (State Bar No. 119542)
David M. Stern (State Bar No. 67697)
Matthew C. Heyn (State Bar No. 227474)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
E-mail: lbogdanoff@ktbslaw.com, dstern@ktbslaw.com, mheyn@ktbslaw.com

Andrew L. Sandler (Admitted *Pro Hac Vice*)
Benjamin B. Klubes (Admitted *Pro Hac Vice*)
Benjamin P. Saul (Admitted *Pro Hac Vice*)
BUCKLEYSANDLER LLP
1250 24th Street N.W., Suite 700
Washington, District of Columbia 20037
Telephone: (202) 349-8000
Facsimile: (202) 349-8080
E-mail: asandler@buckleysandler.com, bklubes@buckleysandler.com,
         bsaul@buckleysandler.com,

Counsel for Alfred H. Siegel, Solely as Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>INDYMAC BANCORP, INC.,<br><br>                Debtor.<br>_____<br>ALFRED H. SIEGEL, solely as Chapter 7 Trustee of the estate of IndyMac Bancorp, Inc.,<br><br>                Plaintiff,<br><br>     v.<br><br>LOUIS E. CALDERA, LYLE E. GRAMLEY, HUGH M. GRANT, PATRICK C. HADEN, TERRANCE G. HODEL, ROBERT L. HUNT II, LYDIA H. KENNARD, BRUCE G. WILLISON, AND MICHAEL W. PERRY,<br><br>                Defendants. | Case No.: 2:08-bk-21752-BB<br><br>Chapter 7<br><br>Adversary Proc. No. 2:09-ap-2645-BB<br><br>**ORDER APPOINTING MEDIATOR**<br><br>[No Hearing Required] |

On June 29, 2010, the Court held a status conference in the above-captioned adversary proceeding (the "Adversary Proceeding"). On July 8, 2010, the Court entered its *Scheduling Order* [Dkt. No. 93], which requires that Alfred H. Siegel, solely as Chapter 7 Trustee (the "Chapter 7 Trustee") for IndyMac Bancorp, Inc., the Federal Deposit Insurance Corporation, in its capacity as Receiver (the "FDIC-R") for IndyMac Bank, F.S.B., and the defendants in the above-captioned adversary proceeding (the "D&O Defendants," and with the Trustee and the FDIC-R, the "Parties") attend a mediation and in connection therewith submit an order appointing a mediator on or before July 30, 2010.

Counsel for the Chapter 7 Trustee represents to the Court as follows:

    A.    The Parties (and the D&O carriers) have agreed to attend a mediation before Hon. Daniel Weinstein (Ret.). The precise dates and location are being arranged.

    B.    The Parties anticipate involving others in the mediation who are parties in other litigation filed against the insureds under the D&O policies, but who are not parties in the Adversary Proceeding.

    C.    Once the Parties determine who will be participating, they have agreed to equitably divide the costs of the mediation (including among persons not party to the Adversary Proceeding).

**THEREFORE, IT IS HEREBY ORDERED:**

1. The Adversary Proceeding is hereby assigned to mediation, and the following is appointed as Mediator:

> Hon. Daniel Weinstein (Ret.)
> JAMS
> Two Embarcadero Center
> Suite 1500
> San Francisco, California  94111

**1**  2. The Chapter 7 Trustee is hereby authorized to pay, as an estate expense and without further order, a reasonable portion of the fees of the mediation in connection with this matter.

I certify that the language of the proposed order set forth above has been agreed upon by the Chapter 7 Trustee and the D&O Defendants.

**KLEE, TUCHIN, BOGDANOFF & STERN LLP**

_____
David M. Stern
Bankruptcy Counsel for Alfred H. Siegel, Solely
in His Capacity as Chapter 7 Trustee

# # #

DATED: August 3, 2010

_____
United States Bankruptcy Judge

| In re: | CHAPTER 7 |
|---|---|
| INDYMAC BANCORP, INC. | |
| SIEGEL v. CALDERA, ET AL. | CASE NUMBER 2:08-21752-BB |
| Debtor(s). | ADV. NUMBER 2:09-2645-BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1999 AVENUE OF THE STARS, 39TH FLOOR, LOS ANGELES, CA 90067

The foregoing document described as  *[PROPOSED] ORDER APPOINTING MEDIATOR*   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On   July 28, 2010   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 28, 2010   I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

By Personal Delivery
Hon. Sheri Bluebond
United States Bankruptcy Court
Central District of California
255 E. Temple St., Suite 1482
Los Angeles, CA 90071

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 28, 2010 | MATTHEW C. HEYN | */s/ Matthew Heyn* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: | CHAPTER 7 |
|---|---|
| INDYMAC BANCORP, INC. | |
| SIEGEL v. CALDERA, ET AL. | CASE NUMBER 2:08-21752-BB |
| Debtor(s). | ADV. NUMBER 2:09-2645-BB |

## SERVED BY U.S. MAIL & EMAIL

Counsel for Michael W. Perry:
Covington & Burling LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004
Attn: D. Jean Veta, Dennis B. Auerbach,
   Benjamin J. Razi
Email: jveta@cov.com, dauerbach@cov.com
   brazi@cov.com

Peitzman, Weg & Kempinsky LLP
10100 Santa Monica Blvd.
Los Angeles, CA 90067
Attn : Louis E. Kempinsky
Email : lkempinsky@pwkllp.com


Counsel for Louis E. Caldera; Lyle E. Gramley,
Hugh M. Grant; Patrick C. Haden; Terrance G.
Hodel; Robert L. Hunt II; Lydia H. Kennard, and
Bruce G. Willison:
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Attn: John Spiegel; Kathleen McDowell; James
   Rutten
Email:  john.spiegel@mto.com,
   kathleen.mcdowell@mto.com
   james.rutten@mto.com


Counsel for the FDIC:
Nossaman LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Attn: Allan H. Ickowitz, Thomas D. Long, John W.
   Kim
Email: aickowitz@nossaman.com,
   tlong@nossaman.com, jkim@nossaman.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                         **F 9013-3.1**

| In re:<br>INDYMAC BANCORP, INC.<br>    SIEGEL v. CALDERA, ET AL.<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 2:08-21752-BB<br>ADV. NUMBER 2:09-2645-BB |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  *ORDER APPOINTING MEDIATOR* was entered on the date indicated as  Entered  on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of    July 28, 2010   , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

   Lee Bogdanoff     lbogdanoff@ktbslaw.com
   Bernard A Eskandari     bernard.eskandari@mto.com
   Matthew Heyn     mheyn@ktbslaw.com
   Allan H Ickowitz     aickowitz@nossaman.com
   Louis E Kempinsky     lkempinsky@pwkllp.com
   John W Kim     jkim@nossaman.com
   Richard J Sahatjian     rsahatjian@buckleysandler.com, bsaul@buckleysandler.com
   Andrew L. Sandler     asandler@buckleysandler.com
   Bradley R Schneider     bradley.schneider@mto.com
   Alfred H Siegel     ahstrustee@horwathcal.com, asiegel@ecf.epiqsystems.com
   John W. Spiegel     John.Spiegel@mto.com
   United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
   D. Jean Veta     jveta@cov.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an  Entered  stamp, the party lodging the judgment or order will serve a complete copy bearing an  Entered  stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009* **F 9021-1.1**