Lee R. Bogdanoff (Cal. Bar No. 119542)
David M. Stern (Cal. Bar No. 67697)
Matthew C. Heyn (Cal. Bar No. 227474)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
E-mail: lbogdanoff@ktbslaw.com, dstern@ktbslaw.com, mheyn@ktbslaw.com

Andrew L. Sandler (Admitted *Pro Hac Vice*)
Benjamin B. Klubes (Admitted *Pro Hac Vice*)
Benjamin P. Saul (Admitted *Pro Hac Vice*)
BUCKLEYSANDLER LLP
1250 24th Street N.W., Suite 700
Washington, District of Columbia 20037
Telephone: (202) 349-8000
Facsimile: (202) 349-8080
E-mail: asandler@buckleysandler.com, bklubes@buckleysandler.com,
   bsaul@buckleysandler.com

Counsel for Alfred H. Siegel, Solely as Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>INDYMAC BANCORP, INC.,<br><br>        Debtor. | Case No. 2:08-bk-21752-BB<br><br>Chapter 7 |
| ALFRED H. SIEGEL, solely as Chapter 7 Trustee of the estate of IndyMac Bancorp, Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>LOUIS E. CALDERA, LYLE E. GRAMLEY, HUGH M. GRANT, PATRICK C. HADEN, TERRANCE G. HODEL, ROBERT L. HUNT II, LYDIA H. KENNARD, BRUCE G. WILLISON, AND MICHAEL W. PERRY,<br><br>        Defendants. | Adversary Proc. No. 09-2645-BB<br><br>**THIRD STIPULATION TO FURTHER CONTINUE STATUS CONFERENCE**<br><br>**Current Status Conference**<br>Date:    April 26, 2011<br>Time:    2:00 p.m.<br><br>**Proposed Continued Status Conference**<br>Date:    June 28, 2011<br>Time:    2:00 p.m.<br>Place:    Courtroom 1475<br>           255 East Temple Street<br>           Los Angeles, CA 90012<br>Judge:   Hon. Sheri Bluebond |

This *Third Stipulation to Further Continue Status Conference* is entered into by and among Plaintiff Alfred H. Siegel, solely as Chapter 7 Trustee of the estate of IndyMac Bancorp, Inc. (the "Trustee"), Defendants Louis E. Caldera, Lyle E. Gramley, Hugh M. Grant, Patrick C. Haden, Terrance G. Hodel, Robert L. Hunt II, Lydia H. Kennard, Bruce G. Willison (collectively, the "Outside Director Defendants"), Defendant Michael W. Perry, and Intervenor Federal Deposit Insurance Corporation solely in its capacity as Receiver for IndyMac Bank, F.S.B. (the "FDIC-R"), through their counsel of record, based on the following facts:

## **RECITALS**

A.  The Trustee initiated the above-captioned adversary proceeding (the "Adversary Proceeding") by complaint filed on November 13, 2009 [Adv. Dkt. No. 1] (the "Complaint"). On July 7, 2010, the Outside Director Defendants and Mr. Perry each filed and served separate answers to the Complaint [Adv. Dkt. Nos. 74 & 75]. The Outside Director Defendants filed and served an amended answer to the Complaint on June 22, 2010 [Adv. Dkt. No. 83], and Mr. Perry filed and served an amended answer to the Complaint on June 23, 2010 [Adv. Dkt. No. 84].

B.  By the *Order on Motion of the FDIC, as Receiver of IndyMac Bank, F.S.B., to Intervene in Adversary Proceeding and to Stay Adversary Proceeding* [Adv. Dkt. No.33], which was entered on March 2, 2010, and the *Order Modifying March 2, 2010 "Order on Motion f the FDIC, as Receiver of IndyMac Bank, F.S.B., to Intervene in Adversary Proceeding and to Stay Adversary Proceeding"* [Adv. Dkt. No. 96], which was entered on July 16, 2010, the Court added the FDIC-R as a party to the Adversary Proceeding for the purposes and to the extent set forth in those orders.

C.  On June 29, 2010, the Court held a status conference in the Adversary Proceeding. On July 8, 2010, following the status conference, the Court entered its *Scheduling Order* [Adv. Dkt. No. 93], which provides, *inter alia*, that (1) the parties to the Adversary Proceeding (including the FDIC-R) shall complete at least one day of mediation on or before November 2, 2010, (2) the parties shall submit a status report on or before October 19, 2010, and (3) the Court will conduct a further status conference on November 2, 2010 at 11:00 a.m. That status conference has been continued on several occasions to allow mediation discussion to take place

between all or nearly all of the plaintiffs with claims that implicate the relevant IndyMac insurance policies, the defendants against whom those claims are asserted, and the insurers. *See* Adv. Dkt. Nos. 120, 125 & 129. Currently, the Status Conference is set for April 26, 2011 at 2 p.m.

D.    On September 26, 2010, the Trustee, the Outside Director Defendants, Mr. Perry, the FDIC-R, and several other parties in IndyMac-related litigation participated in a pre-mediation planning session before Hon. Daniel Weinstein (Ret.). On October 26 and 27, 2010 and on January 19 and 20, 2011, the parties participated in further mediation sessions before Judge Weinstein.

E.    To date, the mediation before Judge Weinstein has not been successful. Partially as a result of disputes regarding the scope of insurance coverage available to the defendants in IndyMac-related litigation, the parties have been unable to agree to a consensual resolution of the Adversary Proceeding. As described below, several of the insurers, the Trustee and others have filed complaints for declaratory relief regarding the scope of the insurers' coverage obligations. The mediation before Judge Weinstein has been put on hold pending the resolution of the insurance coverage actions described below.

F.    In light of the coverage disputes, four different declaratory relief complaints have been filed in the last three months. Two of the complaints are pending before this Court as adversary proceedings captioned *Siegel v. Certain Underwriters at Lloyds of London, et al. (In re IndyMac Bancorp, Inc.)*, Adv. No. 11- 01443-BB and *IndyMac MBS, Inc. v. ACE American Insurance Company. et al*. *(In re IndyMac Bancorp, Inc.)*, Adv. No. 11-01820-BB (together, the "Coverage Adversaries"). One of the complaints is pending before the District Court as a civil case captioned *XL Specialty Insurance Co., et al. v. Perry, et al.*, Case No. 11-2078 GHK (the "XL Specialty Case"). The last of the complaints, an action entitled *American Insurance Company v. Perry, et al.*, was filed in the California Superior Court, Los Angeles County; then removed to this Court as Adv. No. 11-ap-01511-BB; and then voluntarily dismissed by the plaintiff on March 3, 2011. The insurers have filed or indicated that they would file motions to withdraw the reference of both of the Coverage Adversaries and the Trustee intends to seek intervention in the XL

Specialty Case and referral of that case to this Court pursuant to the District Court's General Order 266 and 28 U.S.C. § 157(a).

G. In light of the posture of the mediation and the insurance coverage matters, the Trustee, the Outside Director Defendants, Mr. Perry, and the FDIC-R have agreed that it would be most productive and efficient to continue the status conference currently set for April 26, 2011 to June 28, 2011 at 2:00 p.m.

## STIPULATION

Based on the forgoing recitals the Trustee, the Outside Director Defendants, Mr. Perry and the FDIC-R stipulate and agree, subject to Court approval, as follows:

1. The Status Conference currently scheduled for April 26, 2011, shall be continued to **June 28, 2011** at 2:00 p.m. or such later date that is convenient to the Court's calendar.

2. The Trustee, the Outside Director Defendants and Mr. Perry shall file a status report at least 14 days prior to the continued status conference. The FDIC-R may, at its option, file a status report at least 14 days prior to the continued status conference.

Dated: April 7, 2011                KLEE, TUCHIN, BOGDANOFF & STERN LLP

By: /s/ Matthew Heyn
    Lee R. Bogdanoff
    David M. Stern
    Matthew C. Heyn
        -and-
BUCKLEYSANDLER LLP
    Andrew L. Sandler
    Benjamin B. Klubes
    Benjamin P. Saul
*Counsel for Alfred H. Siegel, solely in his capacity as Chapter 7 Trustee*

[Signatures Continued]

- 3 -

Dated: April 6, 2011                MUNGER, TOLLES & OLSON LLP

By:   */s/ Kathleen M. McDowell*
       Kathleen M. McDowell
*Counsel for Louis E. Caldera, Lyle E. Gramley, Hugh M. Grant, Patrick C. Haden, Terrence G. Hodel, Robert L. Hunt II, Lydia H. Kennard, and Bruce G. Willison*

Dated: April 6, 2011                COVINGTON & BURLING LLP

By:   */s/ Dennis B. Auerbach*
       D. Jean Veta
       Dennis B. Auerbach
       Benjamin J. Razi
              -and-
PEITZMAN WEG & KEMPINSKY LLP
       Louis E. Kempinsky
*Counsel for Michael W. Perry*

Dated: April 7, 2011                NOSSAMAN LLP

By:   */s/ John W. Kim*
       Allan H. Ickowitz
       John W. Kim
*Attorneys for Federal Deposit Insurance Corporation solely in its capacity as Receiver for IndyMac Bank, F.S.B.*